Submitted on petition for review filed September 28, petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for reconsideration October 27, 1994

STATE OF OREGON,
*Respondent on Review,*

*v.*

JAMIE DALE LUMPKIN,
*Petitioner on Review.*

(CC 91CR0280ST; CA A72934; SC S41661)

882 P2d 602

David C. Degner, Deputy Public Defender, Salem, filed the petition for petitioner. With him on the petition was Sally L. Avera, Public Defender, Salem.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Unis, and Graber, Justices.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for reconsideration in the light of *State v. Hoskinson,* 320 Or 83, 879 P2d 180 (1994).